■ VSL Corporation v Dunes Hotels and Casinos.—Motion (1) denied wherein it seeks reargument, and (2) granted wherein it seeks leave to appeal to the Court of Appeals, as indicated; and cross motion for, *inter alia,* dismissal of complaint denied. Concur—Kupferman, J. P., Kassal, Rosenberger, Ellerin and Smith, JJ.